Approved.
s/ Benita Y. Pearson on 9/13/2018
U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHELLEY JOHNSON, *et al.*, ) | |
| ) | CASE NO. 4:17-CV-1894 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| WAL-MART STORES EAST, INC. ) | **JOINT STIPULATION AND** |
| ) | **ORDER FOR DISMISSAL** |
| ) | **WITH PRJUDICE** |
| Defendant ) | |
| ) | |

The parties to this action, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal With Prejudice of this action, including all claims against all parties, with each party to bear its own attorney's fees and costs.

The parties hereto also request that this court retain jurisdiction in order to enforce the terms and conditions of the settlement agreement and release.

DATED: June 4, 2018

Respectfully Submitted,

By: /s/ Jasper D. Ward
 JONES WARD PLC
 Jasper D. Ward IV
 The Pointe
 1205 East Washington Street, Suite 111
 Louisville, Kentucky 40206
 T. (502) 882-6000
 F. (502) 587-2007
 Jasper@jonesward.com

By: <u>/s/ Jan L. Roller (with permission)</u>
   Karen L. Giffen
   Jan L. Roller
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, OH 44114
T: (216) 621-5161
F: (216) 621-2399
kgiffen@thinkgk.com
jroller@thinkgk.com

## **ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the release by Plaintiffs of all claims and potential claims they have or may have against Defendant is hereby APPROVED; and

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own attorneys' fees and costs.

Dated: June __, 2018

_____
Benita Y. Pearson
United States District Judge